# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| KYMM M. EHLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WHEATON FRANCISCAN MEDICAL PLAN, *et al.*,<br><br>　　　　Defendants. | No. 08-CV-2021-LRR<br><br>**ORDER** |

　　　The matter before the court is the United States Magistrate Judge's Report and Recommendation (docket no. 58). Neither party filed objections to the Report and Recommendation within the ten-day period, as required by the Report and Recommendation, Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1)(C). Further, the court finds no plain error in the Magistrate Judge's decision. Accordingly, the court **ADOPTS** the Report and Recommendation. The court **AFFIRMS** the Plan Administrator's decision to deny Plaintiff benefits. The Clerk of Court is directed to **CLOSE THIS CASE**. Plaintiff shall pay Defendants' ordinary costs. Pursuant to the court's Order (docket no. 47) of March 18, 2009, Defendants may also refile a motion for attorney fees and other costs **on or before July 17, 2009, at 5 p.m.**

　　　**IT IS SO ORDERED.**

　　　**DATED** this 10th day of July, 2009.

　　　　　　　　　　　　　　　　　　　　　　LINDA R. READE
　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE, U.S. DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF IOWA